

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

## NO. WR-81,037-01

---

## EX PARTE JAMES ALAN KUNKEL, Applicant

---

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 057552-A IN THE 59TH DISTRICT COURT
## FROM GRAYSON COUNTY

---

*Per curiam.*

### OPINION

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault of a child and indecency with a child by contact and was sentenced to sixty-five and twenty years' imprisonment on each offense, respectively. The Fifth Court of Appeals affirmed the convictions. *Kunkel v. State*, No. 05-10-01272-CR (Tex. App.—Dallas Mar. 21, 2012).

Applicant contends that he was denied his right, through no fault of his own, to pursue a *pro se* petition for discretionary review in this Court after his convictions were affirmed by the Fifth Court of Appeals. The trial court recommends that relief be granted, and the writ record supports the

recommendation. *See Ex parte Wilson*, 956 S.W.2d 25, 26 -27 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135, 138-39 (Tex. Crim. App. 2005).

Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in Cause No. 05-10-01272-CR that affirmed his conviction in Cause No. 057552 from the 59th District Court of Grayson County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: April 2, 2014
Do not publish



COURT OF CRIMINAL APPEALS

OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



UNITED STATES POSTAGE

PITNEY BOWES

02 1R $ 00.40⁶
0006557458  APR 03 2014
MAILED FROM ZIP CODE 78701

PRESORTED
FIRST CLASS

WR-81,037-01

5TH COURT OF APPEALS CLERK
LISA MATZ
600 COMMERCE 2ND FLOOR
DALLAS TX 75202

40 CQT-S3B 75202